UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01558-JDE | Date | November 12, 2026 |
| Title | Bradley Ellison v. Experian Info. Solutions, Inc. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order of Dismissal (JS-6)

On August 19, 2026, Plaintiff filed a Notice of Settlement advising that the parties have reached settlement in the action, requesting 60 days to complete settlement documents and dismiss the action. Dkt. 11 ("Notice"). On August 19, 2026, the Court ordered "Plaintiff to, within 60 days, file a Notice of Request for Dismissal or a Status Report. The Court will dismiss the action and administratively close the case without further notice if no such document is filed within 60 days." Dkt. 12 ("Order"). No Request for Dismissal or Status Report was filed within 60 days of August 19, 2026.

Per the Order, the action is dismissed and the case is administratively closed (JS-6).

IT IS SO ORDERED.

| | |
|---|---|
| Initials of Courtroom Deputy | ARO |